# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **LINDA F. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Civil No. 05-31-P-S |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 13, 2005, her Recommended Decision (Docket Nos. 8 & 9). Plaintiff filed her Objection to the Recommended Decision (Docket No. 10) on May 31, 2005. Defendant United States of America filed no response to this Objection.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Plaintiff's 28 U.S.C. § 2255 Motion (Docket No. 1) is DENIED.

        /s/ George Z. Singal
        Chief U.S. District Judge

Dated this 23rd day of June, 2005.